[No. 9036–4–I.   Division One.   August 16, 1982.]

LLOYD E. WRIGHT, *Individually and as Personal Representative, Appellant,* v. FEDERAL WAY CONVALESCENT CENTER, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–07374–1, Lloyd W. Bever, J., entered June 13, 1980. *Reversed* and *remanded* by unpublished

opinion per Ringold, J., concurred in by Williams and Callow, JJ.